# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| Bernard Nicholl | ) | |
|---|---|---|
| Plaintiff, | ) | Case No: 3:16 CV 50151 |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Wexford Health Care Source, Inc., et al. | ) | |
| Defendants. | ) | |

## ORDER, REPORT AND RECOMMENDATION

      Status hearing held on 9/5/2017. Plaintiff orally moves to voluntarily dismiss defendant James Nielson. Accordingly, it is this Court's Report and Recommendation that the plaintiff's oral motion under Rule 41(a)(2) be granted. Any objection must be filed by 9/20/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989). Parties are given leave to depose incarcerated persons under Rule 30(a)(2)(B). Telephonic status hearing set for 10/12/2017 at 9:00 AM.

(:04)
Date: 9/5/2017

/s/ Iain D. Johnston
U.S. Magistrate Judge