## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Bernard Nicholl, | ) | |
| | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 16 C 50151 |
| | ) | |
| Wexford Health Care Source, Inc., et al. | ) | |
| | ) | |
|     *Defendants*. | ) | Judge Frederick J. Kapala |

## **ORDER**

Before the court is a report and recommendation ("R&R") [54] by the magistrate judge that plaintiff's oral motion to voluntarily dismiss defendant James Nielson under Rule 41(a)(2) be granted. After being afforded a sufficient opportunity, neither party has offered any objection to the R&R. Accordingly, there being no written objection to the R&R of the magistrate judge, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the R&R, the court accepts the R&R and James Nielson is now terminated from the case.

Date: 9/21/2017                                                 ENTER:

                                                                              FREDERICK J. KAPALA

                                                                              District Judge