#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### NORTHERN DISTRICT OF ILLINOIS
#### WESTERN DIVISION

| | | |
|---|---|---|
| Bernard Nicholl, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 16 C 50151 |
| v. | ) | |
| | ) | Hon. Margaret J. Schneider |
| | ) | |
| Wexford Health Care Source, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### REPORT AND RECOMMENDATION

On December 1, 2022, the Court granted recruited counsel's motion for relief from assignment [265]. The Court noted that was the second recruited counsel that had sought relief from assignment based on disagreements between counsel and Plaintiff. *Id*. At that point, Plaintiff was ordered to proceed *pro se* in this matter. *Id*. On April 20, 2023, the Court held a telephonic status conference [271]. Plaintiff was present at the previous telephonic status conference wherein the April 20, 2023, date had been set. Plaintiff failed to appear at the April 20, 2023, conference. *Id*. Defendants' joint oral motion to dismiss the case for want of prosecution was entered and continued, and the Court sent notice of the next Court date to Plaintiff's last known address. *Id*. This notice was returned to the Court as "undeliverable" [275]. The Court held a telephonic status conference on May 11, 2023 [274]. Plaintiff again failed to appear. The Court mailed a copy of the May 11, 2023, docket entry to Plaintiff's last known address. *Id*. This notice was also returned to the Court as "undeliverable" [278]. Plaintiff has failed to update his address with the Court, despite being directed to do so and despite the Court taking the step of having orders sent to the residential address provided by Plaintiff. *See* Plaintiff's *pro se* notification of address change at [19]. On June 29, 2023, Defendant filed a Motion to Dismiss for Want of Prosecution [279]. For the reasons contained in Defendants' motion and herein, it is the Court's Report and Recommendation that this case be dismissed for want of prosecution. Fed. R. Civ. P. 41(b). Any objection to this Report and Recommendation must be filed by July 14, 2023. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260–61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff's last-known address, as reflected on the docket.

Date: 06/29/2023                ENTER:

*Margaret J. Schneider*
United States Magistrate Judge