## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Bernard Nicholl (#N-51361), | ) | |
|     Plaintiff, | ) | Case No: 16 C 50151 |
| | ) | |
| v. | ) | |
| | ) | Hon. Iain D. Johnston |
| Wexford Health Care Source, Inc., et al., | ) | |
|     Defendants. | ) | |

## **ORDER**

      This Court has reviewed Magistrate Judge Margaret J. Schneider's April 20, 2023, Report and Recommendation [280] and agrees with its findings and conclusions. The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). During the period left open to Plaintiff to make objections to the report and recommendation, Plaintiff did not object. "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). "The clear error standard means that the district court can overturn the magistrate judge's ruling only if the district court is left with the definite and firm conviction that a mistake has been made." *Weeks v. Samsung Heavy Indus. Co.*, 126 F.3d 926, 943 (7th Cir. 1997). The Court adopts the Report and Recommendation [280] in its entirety. This case is dismissed without prejudice for want of prosecution. Defendants' motion to dismiss [279] is granted. The Clerk of Court is directed to enter final judgment. This case is closed.

Date: July 21, 2023          By: _____
                                                                 Iain D. Johnston
                                                                 United States District Judge